IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHARLES R. LUSTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:06-cv-200-MJR |
| | ) | |
| CITY OF LEBANON, IL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on the Motion to Strike Discovery Requests filed by the plaintiff, Charles Luster, on July 11, 2006 (Doc. 28).  The motion is **GRANTED**.  The defendant has failed to respond.  Pursuant to Local Rule 7.1(g), the Court will find that the failure to respond is an admission of the merits of the motion.  Therefore, as the parties have not conferred pursuant to Federal Rule of Civil Procedure 26(f), the defendant cannot seek discovery as provided by Rule 26(d).

**DATED: August 31, 2006**

*s/ Donald G. Wilkerson*
**DONALD G. WILKERSON**
**United States Magistrate Judge**